UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:20-cv-00416-BO

WILLIAM SOMERVILLE, )
)
    Plaintiff, )
)
v. )
) ORDER
KILOLO KIJAKAZI, )
Acting Commissioner of )
Social Security, )
)
    Defendant. )

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $21,267.00. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been award attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $8,100.00

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ 21,267.00.

This 3 day of Jan., 2023.

                                Terrence W. Boyle
                                TERRENCE W. BOYLE
                                UNITED STATES DISTRICT JUDGE